U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BURAK POWERS** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-01334 |
| | § | |
| **BROKEN HILL PROPRIETARY (USA) INC.,** | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS

Plaintiff Burak Powers and Defendant Broken Hill Proprietary (USA) Inc. (together, the "Parties") submit this Joint Motion to Dismiss with Prejudice. The Parties have resolved this matter by agreement. Therefore, the Parties dismiss the above-styled case with prejudice along with all causes of action asserted herein. The Parties to bear their own costs.

Respectfully submitted,

| **OBERTI SULLIVAN, LLP** | **NORTON ROSE FULBRIGHT US LLP** |
|---|---|
| */s/ Mark Oberti* | */s/ Shauna Johnson Clark* |
| Mark J. Oberti<br>State Bar No. 00789951<br>S.D. Texas No. 17918<br>mark@osattorneys.com | Shauna Johnson Clark<br>State Bar No. 00790977<br>S.D. Tex. Id. No. 18235<br>shauna.clark@nortonrosefulbright.com |
| 712 Main Street, Suite 900<br>Houston, TX 77002<br>(713) 401-3555 – Telephone<br>mark@osattorneys.com | Kimberly F. Cheeseman<br>State Bar No. 24082809<br>S.D. Tex. Id. No. 2254668<br>kimberly.cheeseman@nortonrosefulbright.com |
| *Attorney for Plaintiff* | Norton Rose Fulbright US LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095<br>Telephone:  (713) 651-5151 |
| | *Attorneys for Defendant* |

# U.S. DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **BURAK POWERS** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-01334 |
| **BROKEN HILL PROPRIETARY (USA) INC.,** | § § § § | |
| **Defendant.** | § | |

## JOINT ORDER

Having considered the Parties' Joint Motion for Dismissal with Prejudice, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Burak Power's claims against Defendant Defendant Broken Hill Proprietary (USA) Inc. as alleged in this lawsuit are dismissed with prejudice, with the costs and attorneys' fees taxed against the party incurring the same.

Signed this the _____ day of _____, 2023.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE