United States District Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

## U.S. DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **BURAK POWERS** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-01334 |
| **BROKEN HILL PROPRIETARY (USA) INC.,** | § § § | |
| Defendant. | § § | |

## JOINT ORDER

Having considered the Parties' Joint Motion for Dismissal with Prejudice, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Burak Power's claims against Defendant Defendant Broken Hill Proprietary (USA) Inc. as alleged in this lawsuit are dismissed with prejudice, with the costs and attorneys' fees taxed against the party incurring the same.

Signed this the ___3rd___ day of ___March_____, 2023.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE